# BURNS & FARREY
### COUNSELORS AT LAW

446 MAIN STREET • WORCESTER, MASSACHUSETTS 01608-2302
TELEPHONE: (508) 756-6288   FAX: (508) 831-9769

| | |
|---|---|
| THOMAS B. FARREY, III ◊ | BOSTON OFFICE: |
| EDWARD B. McGRATH | 150 FEDERAL STREET |
| JAMES T. HUGGARD ◊ ♦ | BOSTON, MA 02110 |
| BROOKE P. SELIGER ♦ | TELEPHONE: (617) 439-4758 |
| THOMAS P. BRADY | FAX: (617) 439-4148 |
| JAMES P. McLARNON, JR. | |
| FRANCIS J. DUGGAN | PROVIDENCE OFFICE: |
| RICHARD E. McCUE | 10 WEYBOSSET STREET |
| JEFFREY A. FISHMAN | PROVIDENCE, RI 02903 |
| FRANK S. PUCCIO, JR. | TELEPHONE: (401) 621-7286 |
| KATHRYN A. TOOMEY | FAX: (401) 621-7348 |
| DAVID A. OLIPHANT | |
| TIMOTHY J. SMYTH | |
| MARIA HICKEY JACOBSON | JOHN C. BURNS (1952-1984) |

February 25, 2005
(Email:seliger@burnsandfarrey.com)

◊ ALSO ADMITTED IN RHODE ISLAND
♦ ALSO ADMITTED IN NEW YORK

PLEASE RESPOND TO
WORCESTER OFFICE

Clerk's Office – Civil
United States District Court
One Courthouse Way
Boston, MA 02110

Re:   Tudor Insurance Company v. Hoyt Corporation
      C.A. No. 05cv10026 NG
      B&F No: WW-539

Dear Sir/Madam:

Would you please issue another summons in this action, as the summons previously issued was returned for non-service.

A self-addressed stamped envelope is enclosed for your convenience.

Thank you.

Sincerely,
BURNS & FARREY

BY _____ (JTM)
    BROOKE P. SELIGER

BPS/sw
Encl.
(ww539.cp.10)