# UNITED STATES DISTRICT COURT

District of MASSACHUSETTS

V.

## SUMMONS IN A CIVIL CASE

CASE NUMBER:

TO: (Name and address of Defendant)

HOYT CORPORATION
JOHN OLINGER
251 Forge Road
Westport, MA 02790

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

THOMAS B. FARREY, III, Esq.
BROOKE P. SELIGER, Esq.
BURNS & FARREY
446 Main St., - 22nd fl.
Worcester, MA 01608

an answer to the complaint which is herewith served upon you, within _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**SARAH A. THORNTON**

CLERK

DATE

(By) DEPUTY CLERK

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 4/5/05 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Herve Vandal, Jr. | Constable |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the third-party defendant. Place where served:   251 Forge Rd., Westport, MA

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   4/5/05
           Date

Signature of Server: *Herve Vandal, Jr.*
T. Q.

George & Associates
340 Main St., Suite 608, Worcester, MA 01608
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.