UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TUDOR INSURANCE COMPANY<br><br>    Plaintiff,<br><br>vs.<br><br>HOYT CORPORATION<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>) C. A. No. 05 10026 NG<br>)<br>)<br>)<br>)<br>)<br>) |

### STIPULATION FOR EXTENSION OF TIME

The parties to the above-captioned case hereby agree and stipulate to a further extension of the time in which the defendant Hoyt Corporation may answer or otherwise respond to the Complaint until and including August 12, 2005.

TUDOR INSURANCE COMPANY

By its attorneys,

*/s/ Brooke Seliger, MKR*

Thomas B. Farrey, III, BBO #159880
Brooke P. Seliger, BBO #550947
Burns & Farrey
446 Main Street, 22nd Floor
Worcester, MA 01608
(508) 756-6288

Dated: July 21, 2005

HOYT CORPORATION

By its attorneys,

*/s/ Mary K. Ryan*

Mary K. Ryan, BBO #435860
Nutter McClennen & Fish LLP
World Trade Center West
155 Seaport Boulevard
Boston, MA 02210
(617) 439-2212

Dated: July 21, 2005

1448415.1