UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TUDOR INSURANCE COMPANY )<br>    Plaintiff )<br>Vs. )<br>)  **C.A. NO: 05 10026 NG**<br>HOYT CORPORATION )<br>    Defendant ) | |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff, Tudor Insurance Company, hereby voluntarily dismisses this action, without prejudice, pursuant to Fed. R. Civ. P 41(a)(1)(i).

                    TUDOR INSURANCE COMPANY
                    By its attorneys,

                    _/s/ Brooke P. Seliger_____
                    THOMAS B. FARREY, III/#159880
                    BROOKE P. SELIGER/#550947
                    BURNS & FARREY
                    446 Main Street, 22nd Floor
                    Worcester, MA 01608
                    Tel: 508.756.6288
                    Fax: 508.831.9769

DATED: April 13, 2006

(ww539#31)